In the Matter of the Application of JACK NAGER, Appellant, for an Order Staying the Trial of the Action Commenced in the City Court of the City of New York, County of New York, against Him by HARRY EIDLINGER, Respondent, until the Issues Involved Therein Have Been Arbitrated.— Order unanimously reversed,

with twenty dollars costs and disbursements, and motion granted. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.